# Court of Appeals
# of the State of Georgia

ATLANTA,   July 16, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0447.  SHIRLEY WEISS v. ALLY FINANCIAL, INC. f/k/a GMAC INC. A/K/A ALLY BANK, et al.**

Shirley Weiss filed an action against Ally Financial, Inc., challenging the repossession of her car.  On May 8, 2013, the trial court dismissed the complaint for failure to state a claim upon which relief can be granted.  On June 25, 2013, Weiss filed this application for discretionary appeal.  We lack jurisdiction.

The trial court's order appears to have been a directly appealable final judgment.  Ordinarily, when a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d); *Hill v State*, 204 Ga App 582 (420 SE2d 393) (1992).  Here, Weiss filed her application 48 days after the trial court's order was entered.  Accordingly, her application is untimely and must be DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,* 07/16/2013
          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


                                                    , *Clerk.*